■ In the Matter of TERRENCE S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CASSI A.S., Appellant. [974 NYS2d 883]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered June 1, 2012 in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.